IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DERRICK ADRIAN JOHNSON, | ) | |
|    #36454-177, | ) | |
|       Plaintiff, | ) | |
| vs. | ) | No. 3:18-CV-1376-B-BH |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, et al., | ) | |
|       Defendants. | ) | Referred to U.S. Magistrate Judge |

RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL

By *Special Order 3-251* and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), before the Court is the plaintiff's *Motion to Proceed in Forma Pauperis* on appeal, received August 15, 2018 (doc. 14).

(**X**)    The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith

**If the Court denies the request to proceed *in forma pauperis* on appeal, the plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5).**

**SIGNED this 16th day of August, 2018.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE